```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19218
    ELIZABETH ISABELLE LOFTON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6911

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/17/2007 and was confirmed 12/03/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/02/2009.
------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CENTRAL CREDIT UNION OF   UNSECURED       18581.43           .00           .00
ECAST SETTLEMENT CORP     SECURED           500.00         17.55        500.00
ECAST SETTLEMENT CORP     UNSECURED        3679.21           .00           .00
LDG FINANCIAL SERVICES    NOTICE ONLY    NOT FILED           .00           .00
GEMB/ EMPIRE              SECURED              .00           .00           .00
ECAST SETTLEMENT CORP     UNSECURED        8655.64           .00           .00
ENCORE RECEIVABLES        NOTICE ONLY    NOT FILED           .00           .00
INTERNAL REVENUE SERVICE  PRIORITY       14901.76            .00       8914.90
INTERNAL REVENUE SERVICE  UNSECURED       2745.52            .00       1302.17
AMERICAN EXPRESS CENTURI  UNSECURED      10093.64            .00           .00
BANK OF AMERICA           UNSECURED      NOT FILED           .00           .00
COLLECTCORP               NOTICE ONLY    NOT FILED           .00           .00
HOUSEHOLD FINANCE CORPOR  UNSECURED       8477.52            .00           .00
CAPITAL ONE               UNSECURED       5775.67            .00           .00
WALINSKI & TRUNKETT       NOTICE ONLY    NOT FILED           .00           .00
CLERK OF CIRCUIT CT COOK  NOTICE ONLY    NOT FILED           .00           .00
NATIONAL CAPITAL MANAGEM  UNSECURED      10979.87            .00           .00
ECAST SETTLEMENT CORP     UNSECURED       1687.69            .00           .00
ECAST SETTLEMENT CORP     UNSECURED       1052.59            .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED       2790.22            .00           .00
NORTHLAND GROUP           NOTICE ONLY    NOT FILED           .00           .00
ROUNDUP FUNDING LLC       UNSECURED       6311.89            .00           .00
PETER FRANCIS GERACI      DEBTOR ATTY      900.00                      900.00
TOM VAUGHN                TRUSTEE                                      935.38
DEBTOR REFUND             REFUND                                          .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              12,570.00
```

```
PRIORITY                                                    8,914.90
SECURED                                                       500.00
    INTEREST                                                   17.55
UNSECURED                                                   1,302.17
ADMINISTRATIVE                                                900.00
TRUSTEE COMPENSATION                                          935.38
DEBTOR REFUND                                                    .00
                                   ---------------    ---------------
TOTALS                                  12,570.00          12,570.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE